# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DEVAN WIGGINS                                                                                         PLAINTIFF

v.                                          No. 4:12CV00470 JLH-JJV

SUSAN WEBBER WRIGHT,
United States District Judge; *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of the complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 9th day of November, 2012.

J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE